# MEMORANDA DECISIONS

## CASES WITHOUT OPINIONS

ALFRED E. BRACKETT *vs.* ERNEST P. PIPER.

Waldo County. Decided November 19, 1913. This is an action to recover damages for an assault and battery made by the defendant upon the plaintiff. At the trial before a jury, a verdict was rendered in favor of the plaintiff in the sum of four hundred fifty dollars.

The defendant submits a motion for a new trial; but after a careful reading of the evidence, we cannot discover any reason why the verdict of the jury should be set aside. Motion overruled. *Dunton & Morse,* for plaintiff. *H. C. Buzzell,* for defendant.

JEANETTE HILTON *vs.* WASHINGTON D. HARRINGTON.

Kennebec County. Decided November 29, 1913. In this case, the jury returned a verdict for the plaintiff for eight hundred and forty dollars, for damages sustained by reason of a collision with defendant's automobile. Defendant filed motion for new trial. Motion sustained. New trial granted. *B. F. Maher and H. H. Murchie,* for plaintiff. *G. W. Heselton,* for defendant.